Dismissed and Opinion filed May 8, 2003









Dismissed and Opinion filed May 8, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00070-CV

____________

 

TINA M. ANDREWS, Appellant

 

V.

 

COMMISSION FOR LAWYER DISCIPLINE, Appellee

 



 

On
Appeal from the 234th District Court

Harris County, Texas

Trial
Court Cause No. 00-37243

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed January 14,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  








On April 7, 2003, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P. 37.3(b).  Appellant filed no response demonstrating
payment for the clerk=s record or requesting an extension of time.  To date, the clerk=s record still has not been filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed May 8, 2003.

Panel consists of Justices Fowler,
Edelman and Hudson.